3:09-MJ-469

# WARRANT FOR ARREST

| United States District Court | DISTRICT WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br>v.<br>Matthew Fox,<br>Defendant | DOCKET NO. SEALED 09 CR 136 C | MAGISTRATE JUDGE CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Matthew Fox<br>64 Hornbrook Road<br>Ithaca, New York | |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT - 2 2009
AT ___ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

Warrant Issued on the Basis of:

[X] Indictment [] Order of Court [] Information [] Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest: City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

RECEIVED WISCONSIN 2009 SEP 30 PM 3:54

**DESCRIPTION OF CHARGES**

Knowingly and intentionally possessed, and attempted to possess, with the intent to distribute marijuana

IN VIOLATION OF 21 U.S.C. Sections 841(a)(1) and 846

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| | | |
|---|---|---|
| Ordered By: | Federal Judge/Magistrate Judge | Date Order: |
| Clerk of Court: Peter Oppeneer | (By) Deputy Clerk | Date Issued: SEP 30 2009 |

**RETURN**

This Warrant was received and executed with the arrest of the above-named person.

| | |
|---|---|
| Date Received: | Date Executed: |
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |

Peter Oppeneer

09 CR 136 C

## Warrant Information

Defendant's Name: Matthew R. Fox

Address: Possibly: 64 Hornbrook Road
Ithaca, NY

DOB: --, --, 1979

SSN:

Sex: Male

Race: White

FBI/Other ID #:

Defendant's Attorney:

Address:

Lead Agency: DEA

Agent: Jerry Becka

Assigned AUSA: Timothy M. O'Shea

Other Information:

2

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT **SEALED** |
| v. | Case No. 09 CR 136 C |
| | 21 U.S.C. § 841(a)(1) |
| MATTHEW FOX, | |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

On or about October 18, 2008, in the Western District of Wisconsin and elsewhere, the defendant,

MATTHEW FOX,

knowingly and intentionally possessed, with the intent to distribute, 50 kilograms or more of marihuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2).

A TRUE BILL

PRESIDING JUROR

STEPHEN P. SINNOTT
Acting United States Attorney

Indictment returned: SEPT 30, 2009